I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:  DATE:  DEPUTY CLERK:

Plaintiff  01/13/2020  N. Boehme

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 19-02390-JVS (DFM) | Date: | January 13, 2020 |
|---|---|---|---|
| Title | Bryan Kaye v. Richard Oberholzer et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On January 8, 2020, the Court ordered Plaintiff to submit a completed CV-60 within 21 days. See Dkt. 5. On the same day, the Court received in the mail Plaintiff's letter of assignment and blank CV-60 form after they were returned as undeliverable. See Dkt. 6. From the Orange County Sheriff's website, it appears that Plaintiff is no longer in custody.

Local Rule 41-6 requires a pro se plaintiff to keep the Court apprised of his current address. Failure to maintain a current address creates the risk that a party will not receive the Court's orders or documents filed by opposing parties. As a result, the Court requires a party—even one proceeding in forma pauperis like Plaintiff—to maintain a current address.

**The Court accordingly ORDERS Plaintiff to provide a current address to the Court within fourteen (14) days of this order. Plaintiff is expressly warned that failure to notify the Court of a current address may result in a recommendation to the District Judge that this case be dismissed with or without prejudice for lack of prosecution.**

The Court directs the Clerk to mail a copy of this order along with the Court's January 8, 2020 order (Dkt. 5) to Plaintiff at the address he has provided in other cases:

Bryan Edward Kaye
318 South Melrose Street Apt 2
Anaheim, CA 92805

**The deadline for Plaintiff to respond to the Court's Order re: Filing Fee (Dkt. 5) is hereby extended to twenty-one (21) days of the date of service of this order.**

| CV-90 (12/02) | CIVIL MINUTES-GENERAL | Initials of Deputy Clerk: nb |
|---|---|---|
| | | Page 1 of 1 |